# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

**No. 96-40821**
**Summary Calendar**
_____

**ROBERT MEADOWS**

**Plaintiffs-Appellant,**

**versus**

**TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION;
ANDY COLLINS; JAMES A COLLINS,
DIRECTOR, ET AL.,**

**Defendants-Appellees.**

_____

**On Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-94-CV-376**

_____

**October 11, 1996**
**Before POLITZ, Chief Judge, HIGGINBOTHAM and DeMOSS, Circuit Judges.**

**PER CURIAM:**[*]

---

[*]**Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.**

Robert Meadows challenges the 28 U.S.C. § 1915(d)[1] dismissal of his civil rights action which contends that he was denied due process at two disciplinary hearings and that his assignment to field duty violated the eighth amendment. Having considered Meadows' brief and reviewing the findings by the district court under the plain error standard,[2] and noting no error of law, the judgment appealed is AFFIRMED.

---

[1]Redesignated § 1915(e)(2)(B)(i) by § 804 of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996).

[2]*Douglass v. United States Auto Ass'n, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); United States v. Calverley*, 37 F.3d 160 (5th Cir. 1994) (en banc).